UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Christopher C. Trumball     Docket No. 5:15-MJ-1541-1

**Petition for Action on Probation**

COMES NOW Eddie J. Smith, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment of Christopher C. Trumball, who, upon a finding of guilt by a jury to 18 U.S.C. §§§ 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 2), N.C.G.S. 14-223, Resist, Delay, or Obstruct a Police Officer, and N.C.G.S. 2020-129(a), Inoperable Headlamp, was sentenced by the Honorable Kimberly A. Swank, U.S. Magistrate Judge, on January 6, 2016, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** As a condition of probation, the defendant was ordered to serve 45 days in the Bureau of Prisons (BOP) as directed by the probation officer. The BOP was contacted about scheduling the 45 days around the defendant's work schedule and was advised that the manner in which the condition was currently written, they would only allow the defendant to serve the 45 days consecutively. We are recommending that the condition be modified to allow the defendant to serve the 45 days intermittently.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The condition ordered by the court on January 6, 2016, requiring the defendant to serve 45 days in the Bureau of Prisons as directed by the probation officer is hereby stricken and the following condition ordered in lieu thereof: the defendant shall be confined in the custody of the Bureau of Prisons for a period of 45 days intermittently, as arranged by the probation office and shall abide by all rules and regulations of the designated facility.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert K. Britt | /s/ Eddie J. Smith |
| Robert K. Britt | Eddie J. Smith |
| Senior U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: 910-354-2537 |
| | Executed On: February 24, 2016 |

**ORDER OF THE COURT**

Considered and ordered this __29th__ day of __February__, 2016 and ordered filed and made a part of the records in the above case.

_Kimberly A. Swank_
Kimberly A. Swank
U.S. Magistrate Judge